174 So.2d 132

**STATE of Louisiana**

**v.**

**Plant POLLAND.**

No. 47742.

May 3, 1965.

In re Plant Polland applying for writs of prohibition and certiorari.

Writs denied. There are no perfected bills of exceptions. See La.Code of Crim. Proc. Art. 499, LSA–R.S. 15:499; State v. Richardson, 220 La. 338, 56 So.2d 568; State v. McDonald, 218 La. 198, 48 So.2d 797; State v. Foret, 245 La. 70, 156 So.2d 606, 245 La. 187, 157 So.2d 733; and State v. Green et al., 245 La. 1081, 162 So.2d 573. Moreover, there is no error patent on the face of the record.

174 So.2d 132

**STATE of Louisiana**

**v.**

**Fred AMOS.**

No. 47743.

May 3, 1965.

In re: Fred Amos applying for writs of prohibition and certiorari.

Writs denied. There are no perfected bills of exceptions. See La.Code of Crim. Proc. Art. 499, LSA–R.S. 15:499; State v. Richardson, 220 La. 338, 56 So.2d 568; State v. McDonald, 218 La. 198, 48 So.2d 797; State v. Foret, 245 La. 70, 156 So.2d 606, 245 La. 187, 157 So.2d 733; and State v. Green et al., 245 La. 1081, 162 So.2d 573. Moreover, there is no error patent on the face of the record.

**■**

174 So.2d 133

**Mack PARKER**

**v.**

**INTERSTATE LIFE & ACCIDENT INSURANCE COMPANY.**

No. 47723.

May 3, 1965.

In re: Mack Parker applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 172 So.2d 367.

Writ granted but limited to question of the award for damages for frivolous appeal.